**Order entered July 25, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00578-CV

### IN THE INTEREST OF J.A.A., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-05257**

### ORDER

Before the Court are appellant's July 21, 2022 request for an extension of time to file the clerk's record and July 13, 2022 request for waiver of reporter's record costs. Appellant filed a declaration of indigency in the trial court on April 15, 2022 and the trial court has not ordered appellant to pay costs. Accordingly, we **GRANT** the requests. We **ORDER** Felicia Pitre, Dallas County District Clerk, and Francheska Duffey, Official Court Reporter for the 330th Judicial District

Court, to file their respective records[1] without costs **WITHIN THIRTY DAYS** of the date of this order.

We **DIRECT** a copy of this order be sent to Ms. Pitre; Ms. Duffey; and, all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] Ms. Francheska has filed the reporter's record of the hearing on appellant's motion for new trial. The reporter's record of the trial remains to be filed.